UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SOUTH CENTRAL UFCW UNIONS AND EMPLOYERS HEALTH & WELFARE TRUST | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:09-CV-1924-B |
| BUNGE OILS, INC., | § § | |
| Defendant. | § | |

## ORDER

Before the Court is the Defendant's Unopposed Motion for Leave to File an Amended Answer (doc. 11), filed April 15, 2010. Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. The Defendant is **DIRECTED** to file its amended answer within three days of the date of this Order.

SO ORDERED.

SIGNED April 15, 2010.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE